# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA, | CASE NO. 1:11-cv-00966-SKO PC |
| Plaintiff, | ORDER RESOLVING STATUS INQUIRY |
| v. | (Doc. 12) |
| ROBERT TRIMBLE, et al., | |
| Defendants. | |

Plaintiff Peter Fugawa, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2011. On September 30, 2011, the Court screened Plaintiff's complaint and ordered him to either file an amended complaint or notify the Court that he was willing to proceed only on the excessive force claim against Defendant DeArmond, which the Court found to be cognizable. In response, Plaintiff filed an amended complaint on November 14, 2011.

On January 3, 2012, Plaintiff inquired about the status of the service documents for Defendant DeArmond. As Plaintiff was notified in the order, he would be provided with service documents if he elected to proceed only on the claim found to be cognizable. Because Plaintiff elected to file an amended complaint rather than notify the Court that he was willing to proceed without amendment, no service documents will be forthcoming at this time. The Court has a large number of civil cases pending before it and therefore, Plaintiff's amended complaint will be screened in due course.

///

1

1    Accordingly, Plaintiff's status inquiry is HEREBY DEEMED RESOLVED.

3  IT IS SO ORDERED.

4  **Dated:     January 5, 2012             /s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE