1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   PETER FUGAWA,                           CASE NO. 1:11-cv-00966-SKO PC

10              Plaintiff,                  ORDER GRANTING PLAINTIFF'S MOTION,
                                            DIRECTING CLERK'S OFFICE TO MAKE
11      v.                                  MISSING PAGE PROVIDED BY PLAINTIFF
                                            PART OF AMENDED COMPLAINT AND TO
12  ROBERT TRIMBLE, et al.,                 PROVIDE PLAINTIFF COPY, AND
                                            GRANTING PLAINTIFF AN EXTENSION OF
13              Defendants.                 TIME TO COMPLY WITH ORDER

14                                          (Doc. 15)

15                                          THIRTY-DAY DEADLINE
   _____/
16

17          Plaintiff Peter Fugawa, a state prisoner proceeding pro se and in forma pauperis, filed this

18  civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2011.  On September 17, 2012, the Court

19  screened Plaintiff's amended complaint, filed on November 14, 2011, and issued an order

20  authorizing service and directing the Clerk's Office to provide Plaintiff with service documents for

21  completion and return within thirty days.

22          On October 4, 2012, Plaintiff filed a motion notifying the Court that one page was missing

23  from the amended complaint copy provided by the Clerk's Office and requesting that the missing

24  page, which Plaintiff provided, be included.  The Court has reviewed the amended complaint on file

25  and it is missing the page provided by Plaintiff.

26          Accordingly, the Court HEREBY ORDERS as follows:

27          1.      Plaintiff's motion is GRANTED;

28  ///

1

2.     The Clerk's Office shall make the missing page provided by Plaintiff part of the record, re-scan the amended complaint so that it is complete, and provide Plaintiff with a new copy of the amended complaint; and

3.     Plaintiff is granted a **thirty (30) day** extension of time within which to comply with the order filed on September 17, 2012.


IT IS SO ORDERED.

**Dated:     October 10, 2012**                           /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE