# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT TRIMBLE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-00966-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION, DIRECTING CLERK'S OFFICE TO MAKE MISSING PAGE PROVIDED BY PLAINTIFF PART OF AMENDED COMPLAINT AND TO PROVIDE PLAINTIFF COPY, AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO COMPLY WITH ORDER<br><br>(Doc. 15)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Peter Fugawa, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2011. On September 17, 2012, the Court screened Plaintiff's amended complaint, filed on November 14, 2011, and issued an order authorizing service and directing the Clerk's Office to provide Plaintiff with service documents for completion and return within thirty days.

On October 4, 2012, Plaintiff filed a motion notifying the Court that one page was missing from the amended complaint copy provided by the Clerk's Office and requesting that the missing page, which Plaintiff provided, be included. The Court has reviewed the amended complaint on file and it is missing the page provided by Plaintiff.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion is GRANTED;

///

2. The Clerk's Office shall make the missing page provided by Plaintiff part of the record, re-scan the amended complaint so that it is complete, and provide Plaintiff with a new copy of the amended complaint; and

3. Plaintiff is granted a **thirty (30) day** extension of time within which to comply with the order filed on September 17, 2012.

IT IS SO ORDERED.

Dated:    **October 10, 2012**                    /s/ Sheila K. Oberto
                                                                  UNITED STATES MAGISTRATE JUDGE