

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Peter Fugawa

                Plaintiff(s)

vs.

Robert Trimble et al.

                Defendants.

No. 1:11-CV-00966-LJO-SKO PC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Jeff Dominic Price, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on August 26, 2013, by the Honorable Sheila K. Oberto, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel from Santa Monica to 4747 West Noble Ave., Visalia, CA 93277, by car at mileage rate approved by GSA for POV ($0.56/mile at 366 miles) to attend deposition of defendant DeArmond and C/O I. Villa, being taken by plaintiff on March 6, 2014.
Also, rental of room in Visalia at Hampton Inn, through Atkinson Baker Court Reporters for depositions, $200.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 404.96.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:11-CV-00966-LJO-SKO PC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $456.28 | Mileage to attend plaintiff's deposition at Folsom prison. | $456.28 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of February, 20 14, at Santa Monica, California.

/s/ Jeff Dominic Price

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____ on _____, at _____ .M. in Courtroom Number _____ .

Dated: March 3, 2014

_Sheila K. Oberto_
United States District Judge/Magistrate