# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT TRIMBLE, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:11-cv-00966-LJO-SKO (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT, NUNC PRO TUNC TO JULY 11, 2014<br><br>(Doc. 37) |

Plaintiff Peter Fugawa ("Plaintiff"), a state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2011. This action for damages is proceeding against Defendant L. DeArmond ("Defendant") for use of excessive physical force, in violating of the Eighth Amendment of the United States Constitution.

The pretrial dispositive motion deadline was June 30, 2014, and on that date, Defendant filed a motion seeking an extension of time to file a motion for summary judgment. Plaintiff did not oppose the motion and on July 11, 2014, Defendant filed the motion. Accordingly, good cause having been shown for a short extension of time and in the absence of any opposition, Defendant's motion is HEREBY GRANTED, nunc pro tunc to July 11, 2014.

IT IS SO ORDERED.

Dated:   **July 29, 2014**                             /s/ Sheila K. Oberto
                                                                          UNITED STATES MAGISTRATE JUDGE