# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA, | Case No. 1:11-cv-00966-LJO-SKO (PC) |
| Plaintiff, | ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| v. | |
| ROBERT TRIMBLE, et al., | (Doc. 40) |
| Defendants. | Deadline: 08/22/2014 |

Plaintiff Peter Fugawa ("Plaintiff"), a state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2011. This action for damages is proceeding against Defendant L. DeArmond ("Defendant") for use of excessive physical force, in violating of the Eighth Amendment of the United States Constitution.

On July 28, 2014, the parties filed a stipulation to extend the time for Plaintiff to file a response to Defendant's motion for summary judgment to August 22, 2014. Good cause having been shown, the stipulation is HEREBY APPROVED and Plaintiff shall file his response on or before August 22, 2014.

IT IS SO ORDERED.

Dated: **July 29, 2014**         **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE