# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT TRIMBLE, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:11-cv-00966-LJO-SKO (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL SUPPORTING DECLARATIONS<br><br>(Doc. 48)<br><br>Deadline: 10/03/2014 |

　　　　On September 22, 2014, Plaintiff filed an opposition to Defendant's motion for summary judgment and a motion seeking an extension of time to file additional supporting declarations.

　　　　Good cause having been shown, Plaintiff's motion for an extension of time is HEREBY GRANTED and he shall file the supporting declarations on or before October 3, 2014.[1]

IT IS SO ORDERED.

　　Dated:   **September 23, 2014**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The time period within to file the reply will not commence until the expiration of this extension of time or Plaintiff files the additional declarations, whichever is earlier.