# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA, | Case No. 1:11-cv-00966-LJO-SKO (PC) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | (Docs. 55 and 56) |
| ROBERT TRIMBLE, et al., | DEADLINE: 03/31/2015 |
| Defendants. | |

On March 4, 2015, the parties filed a stipulation to extend the objection period to March 31, 2015. (Docs. 55, 56.) The stipulation is approved and the deadline to file objections is extended to March 31, 2015.

IT IS SO ORDERED.

Dated: **March 5, 2015**          **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE