# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA, | Case No. 1:11-cv-00966-LJO-SKO (PC) |
|     Plaintiff, | ORDER GRANTING FINAL EXTENSION OF TIME TO FILE OBJECTIONS |
|     v. | (Docs. 55 and 60) |
| ROBERT TRIMBLE, et al., | DEADLINE: 05/14/2015 |
|     Defendants. | |

Plaintiff Peter Fugawa ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2011.  Plaintiff is now represented by counsel. This action for damages is proceeding against Defendant L. DeArmond ("Defendant") for use of excessive physical force, in violating of the Eighth Amendment of the United States Constitution, and for battery and negligence under California law.  28 U.S.C. § 1915A.

On February 17, 2015, the Court issued findings and recommendations recommending Defendant's motion for summary judgment be granted.  On March 4, 2015, the parties filed a stipulation to extend the objection period to March 31, 2015, which was approved by the Court. On April 7, 2015, the Court granted Plaintiff's ex parte request for an extension of time to file objections, to April 15, 2015.  Finally, on April 15, 2015, Plaintiff filed another ex-parte request for an extension of time to file objections, from April 15, 2014, to May 14, 2015.

This is Plaintiff's final extension of time to file objections.  If objections are not received on or before May 14, 2015, the findings and recommendations will be submitted to the Honorable

Lawrence J. O'Neill for consideration. This is a non-complex civil rights case, and an approximately three-month long time period is more than sufficient to allow Plaintiff's counsel to draft and file objections, notwithstanding inconveniences caused by Plaintiff's incarceration.

Accordingly, Plaintiff's ex parte request for a third extension of time to file objections is HEREBY GRANTED, and the deadline is extended to May 14, 2015. <u>No further extensions of time will be granted</u>.

IT IS SO ORDERED.

Dated:  **April 17, 2015**                           **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE