# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA,<br><br>    Plaintiff,<br><br>    v.<br><br>L. De ARMOND,<br><br>    Defendant. | Case No. 11-cv-00966-LJO-SKO (PC)<br><br>**AMENDED SECOND SCHEDULING ORDER**<br><br>Telephonic Trial Confirmation Hearing: November 28, 2018, at 9:00 AM in Courtroom 4 (LJO)<br><br>Jury Trial: January 22, 2019, at 1:30 PM in Courtroom 4 (LJO) |

    This action is scheduled for jury trial on January 22, 2019, and a Second Scheduling Order has issued. (Docs. 74, 76.) Plaintiff requests modification of the Second Scheduling Order. (Doc. 80.) Defense counsel has indicated that there is no opposition and that both parties agree to move the Telephonic Trial Confirmation Hearing to November 28, 2018.[1]

    Accordingly, the Court HEREBY ORDERS the pretrial schedule for this litigation is amended as follows:

1. The telephonic trial confirmation hearing is rescheduled to **November 28, 2018 at 9:00 AM** before Chief Judge Lawrence J. O'Neill;[2]

2. The deadline to file motions for attendance of incarcerated witnesses is rescheduled to **November 14, 2018**;

---

[1] For Plaintiff's edification, the Telephonic Trial Confirmation Hearing is the final pretrial conference for purposes of Local Rule 281. Aside from the schedule modifications herein, Plaintiff may subpoena unincarcerated witnesses for trial pursuant to Federal Rule of Civil Procedure 45 subject to requirements set forth in the Second Scheduling Order if he desires service by the United States Marshall.

[2] The modification request indicates that Plaintiff's counsel intends to personally attend this conference, in which event defense counsel may call (559) 499-5680 directly.

1

3. The deadline to file oppositions or statements of non-opposition to motions for the attendance of incarcerated witnesses is rescheduled to **December 5, 2018**;
4. If Plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily via his *in forma pauperis* status, Plaintiff must notify the Court of their names and locations on or before **November 14, 2018**, and Plaintiff must submit the money orders, as described in subsection 4 of the Second Scheduling Order, (Doc. 76), to the Court on or before **December 5, 2018**; and
5. All other dates and requirements set forth in the Second Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated: **October 23, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE