# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA, | Case No. 1:11-cv-00966-LJO-SKO (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO APPEAR TELEPHONICALLY AT DECEMBER 11, 2018 SETTLEMENT CONFERENCE (Doc. 90) |
| v. | |
| DeARMOND, | |
| Defendant. | ORDER VACATING TRANSPORT WRIT (Doc. 86) |

Plaintiff, Peter Fugawa, is a state prisoner proceeding through counsel in this civil rights action pursuant to 42 U.S.C. § 1983. This case is set for a settlement conference before the undersigned on December 11, 2018, and a transportation writ issued for Plaintiff to attend in person. (*See* Docs. 85, 86.) On November 30, 2018, Plaintiff filed an application to vacate the transport writ and to attend via video-conference or telephonically[1] so as not to interrupt Plaintiff's programming. (Doc. 90.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application, filed on November 30, 2018, to appear at the settlement conference telephonically is GRANTED;

2. The writ of habeas corpus ad testificandum to transport Plaintiff to this court on

---

[1] Video conferencing equipment is not available at the facility where Plaintiff is currently housed on the date and time of the settlement conference. However, telephonic accommodations are available and have been reserved for Plaintiff's use. Plaintiff's counsel will attend the settlement conference in person.

1

December 11, 2018 is VACATED;[2] and

3. The Clerk of the Court is directed to email a copy of this order to the Litigation Coordinator at Folsom State Prison.

IT IS SO ORDERED.

Dated: **December 3, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[2] A writ to secure Plaintiff's telephonic appearance will issue separately.

2