# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA,<br>                Plaintiff,<br><br>v.<br><br>DeARMOND,<br>                Defendant. | Case No. 1:11-cv-00966-LJO-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC APPEARANCE OF<br>PETER FUGAWA, CDC #K-23573<br><br>DATE:  December 11, 2018<br>TIME:  1:00 p.m. |

Peter Fugawa, CDC #K-23573, is the plaintiff in proceedings in this case on December 11, 2018, and is confined at Folsom State Prison, in the custody of the Warden.  In order to secure this inmate's telephonic attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate telephonically before Magistrate Judge Erica P. Grosjean at the U. S. District Court, Courtroom #10, 2500 Tulare Street, Fresno, California 93721, on Tuesday, December 11, 2018, at 1:00 p.m., by calling 1-888-251-2909, passcode 1024453.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to telephonically produce the inmate named above to testify in United States District Court by calling (888) 251-2909, passcode 1024453, at the time above and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Warden of Folsom State Prison

**WE COMMAND** you to telephonically produce the inmate named above by calling (888) 251-2909, passcode 1024453 to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate to the room with the telephone for his use.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**December 3, 2018**__  /s/ *Erici P. Grosj*
UNITED STATES MAGISTRATE JUDGE