# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FUGAWA,<br><br>        Plaintiff,<br><br>   v.<br><br>DeARMOND,<br><br>        Defendant. | Case No. 1:11-cv-00966-LJO-SKO (PC)<br><br>**ORDER TO PLAINTIFF'S COUNSEL AND DEFENSE COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>**(Doc. 103)**<br><br>**TEN (10) DAY DEADLINE** |

    Plaintiff, Peter Fugawa, is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2018, this action proceeded to a settlement conference which resulted in a settlement. (Doc. 103.) The Court ordered dismissal documents to be filed within sixty (60) days. The allowed time has now lapsed, and dismissal documents have not been filed.

    Thus, it is **HEREBY ORDERED** that, **within ten (10) days** of the date of service of this order, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order. Alternatively, they may file dismissal documents within the same time frame.

IT IS SO ORDERED.

Dated: __**February 13, 2019**__                /s/ *Sheila K. Oberto*
                                                                                      UNITED STATES MAGISTRATE JUDGE